DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**P.A.,** the father,
Appellant,

v.

**GUARDIAN AD LITEM** and **DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellees.

No. 4D19-3503

[April 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose A. Izquierdo, Judge; L.T. Case No. 2011-001725 CJ-DP.

Bernard R. Appleman of Law Office of Bernard R. Appleman, Fort Lauderdale, for appellant.

Thomasina F. Moore and Samantha Costas Valley of the Florida Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem.

Ashley Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, West Palm Beach, for appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***